United States District Court
Northern District of California

UNITED STATES OF AMERICA,

Plaintiff,

v.

ANTONIO LATAURIS HENDRIX,

Defendant.

Case No.: CR 06-0699-1 SBA (KAW)

ORDER OF DETENTION PENDING SUPERVISED RELEASE VIOLATION HEARING

On October 30, 2007, Defendant Antonio Latauris Hendrix was convicted of a violation of 21 U.S.C. § 841(a)(1) and (b)(1)(8)(viii) (distribution of methamphetamine). He was sentenced to 40 months of custody and four years of supervised release.

The Form 12 presently before the Court alleges that Defendant violated the following conditions of his supervised release: that he not commit another federal, state or local crime; that he not be in the vicinity of North Richmond, except as approved by the probation officer; that he permit a probation officer to visit him at any time at home or elsewhere and permit confiscation of any contraband observed in plain view of the probation officer; and that he seek and maintain lawful employment as instructed by the probation officer.

At the March 26, 2013 hearing before this Court, Defendant, who was in custody and represented by Assistant Federal Defender Joyce Leavitt, waived his right to proffer information at a detention hearing, while retaining his right to seek release at a later hearing should his circumstances change. Assistant United States Attorney Garth Hire appeared on behalf of the United States. Probation officer Sonia Lapizco was also present.

The Court hereby detains Defendant, but because he has waived his right to present information under 18 U.S.C. § 3143(a)(1) without prejudice to raising relevant information at a

1

later hearing, the Court orders that the hearing may be reopened at Defendant's request at any future time.

Defendant shall remain committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded reasonable opportunity for private consultation with counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which Defendant is confined shall deliver Defendant to a United States marshal for the purpose of an appearance in connection with a court proceeding.

IT IS SO ORDERED.

Dated: March 26, 2013

_Kandis Westmore_
KANDIS A. WESTMORE
United States Magistrate Judge